FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 JUL 26 AM 11: 39

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CR120 |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| EVERARDO GURROLA-ARCEINEGA, ) | |
| ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED,

The motion of the plaintiff to release material witness Rina Chica-Argueta (Filing No. 31) is granted.

Dated July 26, 2006.

BY THE COURT:

/s/ Lyle E. Strom
LYLE E. STROM
United States Senior District Judge