IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )      8:06CR120
                              )
     v.                       )
                              )
EVERADO GURROLA ARCIENEGA,    )      ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on defendant's request for extension of deadline to file objections to the initial presentence report (Filing No. 36).  The Court notes said objections have been filed.  Accordingly,

IT IS ORDERED that said motion is denied as moot.

DATED this 11th day of October, 2006.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                  LYLE E. STROM, Senior Judge
                  United States District Court